■ DOROTHY LA PLANT, Respondent, v ACME MARKETS, INC., Appellant. —Judgment, Supreme Court, Franklin County, entered September 1, 1976, affirmed, with costs. No opinion. Mahoney, P. J., Greenblott, Main and Mikoll, JJ., concur; Herlihy, J., dissents and votes to reverse in the following memorandum. Herlihy, J. (dissenting). I would reverse the judgment and order a new trial unless the plaintiff stipulates to reduce the verdict in her favor to $10,000.